DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HOLIDAY PALACE, INC.** d/b/a **CHRISTMAS PLACE,**
Appellant,

v.

**J. PATRICK O'NEAL,** as Successor Trustee of the **GEORGE W. HOWELL FAMILY TRUST,** u/a/d February 26, 2016,
Appellee.

No. 4D21-1935

[March 31, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE17-23476.

Marc A. Silverman and David W. Black of Frank, Weinberg & Black, P.L., Plantation, for appellant.

John P. Seiler of Seiler, Sautter, Zaden, Rimes & Wahlbrink, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***